448 F.2d 653
 Homero CERVANTES, Plaintiff-Appellee,
v.
Arthur G. SPICKERMAN, Defendant-Appellant.
 No. 71-1106. Summary Calendar.*
 United States Court of Appeals
Fifth Circuit.
 Sept. 28, 1971.
 
 Appeal from the United States District Court for the Western District of Texas; Ernest Gewin, Judge.
 William Duncan, Kemp, Smith, White, Duncan & Hammond, El Paso, Tex., for defendant-appellant.
 Ramon Ramos, Jr., El Paso, Tex., for plaintiff-appellee.
 Before GEWIN, GOLDBERG, and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966